**DeSIMONE, AVILES, SHORTER & OXAMENDI LLP**
145 Hudson Street, Suite 5C
New York, New York 10013
Telephone (212) 307-0023
Telecopier (212) 307-0187

E-MAIL: *daso@dasolaw.com*

February 1st, 2010

**VIA ECF**
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: *In the Matter of Santa Medina, as Proposed Executor of the Estate of Yendy Medina, deceased v. Delta Airlines*, Inc.
Case Nos. 1-09-CV 04018 (NGG)

Dear Justice Bloom:

As you may recall my firm represents Santa Medina, as Proposed Executor of the Estate of Yendy Medina in connection with her lawsuit against Delta Airlines arising out an accident on July 29, 2009. I write this letter in response to Your Honor's Order dated January 29, 2010 concerning the possibility of adjourning the conference presently scheduled for February 8th, 2010.

Inasmuch as Plaintiff believes there are issues concerning liability, damages and scheduling that remain unresolved it is respectfully requested that the February 8th, 2010 conference go ahead as planned and therefore we will not be consenting to an adjournment. It is our hope that a conference before Your Honor may serve to eliminate some of the contended issues and also help expedite the matter. I am hopeful you understand the propriety of our position.

Thank you as always for your consideration.

Respectfully submitted,

DeSIMONE, AVILES, SHORTER & OXAMENDI, LLP

JASON M. BERNSTEIN (JB-3027)

*[Handwritten note:]* The Court shall hold the Conference on 2/8/10 as scheduled.

/Signed by Judge Lois Bloom/
2/3/10

cc: **Via Facsimilie (516) 742-2516**
    Michael Crowley, Esq.
    Gallagher, Gosseen, Faller & Crowley
  Attorneys for Defendant
    1010 Franklin Avenue, Suite 400
    Garden City, NY 11530